BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

ALEX G. TSE (CABN 152348)
Chief, Civil Division
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6885
    FAX: (415) 436-6748
    Alex.Tse@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ESTER IVALDA CHAN, <br><br> Petitioner, <br><br> v. <br><br> LORETTA E. LYNCH, U.S. Attorney General; JEH C. JOHNSON, Secretary, U.S. Department of Homeland Security; LEON RODRIGUEZ, Director, U.S. Citizenship and Immigration Services; JOHN KRAMAR, District 21 Director of U.S. Citizenship and Immigration Services; and JAMES B. COMEY, Director, Federal Bureau of Investigations. <br><br> Respondents. | C 15-03684 JD <br><br> **STIPULATION REMANDING CASE TO UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, PURSUANT TO 8 U.S.C. § 1447(b) and [PROPOSED] ORDER** |

    1.    Petitioner commenced an action pursuant to 8 U.S.C. § 1447(b), requesting this Court to adjudicate her application for naturalization that was pending before the United States Citizenship and Immigration Services ("USCIS" or "the agency") for more than 120 days after Petitioner had been interviewed.

    2.    USCIS is now prepared to resolve this matter by adjudicating Petitioner's application for naturalization. However, USCIS cannot adjudicate the application unless and until the Court remands

STIPULATION TO REMAND
C15-03684 JD

the matter to the agency. *See* 8 U.S.C. § 1447(b) (explaining that the district court "may remand [a Section 1447(b) case], with appropriate instructions, to the [USCIS]"); *United States v. Hovsepian*, 359 F.3d 1144, 1160 (9th Cir. 2004) (accord).

Accordingly, IT IS HEREBY STIPULATED that:

1. The Court shall remand this case to USCIS, directing the agency to take any and all necessary actions, and issue a decision on Petitioner's application for naturalization within 60 days of the remand order.

2. If USCIS does not issue a decision on Petitioner's application for naturalization within the time frame set forth in paragraph 1 above, Respondents will not oppose any request by Petitioner to this Court to vacate the remand order and thereby re-assert jurisdiction over Petitioner's action pursuant to 8 U.S.C. § 1447(b).

Date: December 3, 2015

Respectfully submitted,

BRIAN J. STRETCH
Acting United States Attorney

_____/s/_____
ALEX G. TSE
Assistant United States Attorney
Attorneys for Respondents

Dated: December 3, 2015

_____/s/_____
DAVID M. HAGHIGHI
Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: December 4, 2015

_____
JAMES DONATO
United States District Judge

STIPULATION TO REMAND
C15-03684 JD